

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00522-CR

Marcell Lawrence **CALVIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR3378
Honorable Ray Olivarri, Judge Presiding

Opinion by:     Irene Rios, Justice

Sitting:          Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: February 26, 2020

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant Marcel Calvin appeals his conviction for possession of a controlled substance. On February 11, 2020, Calvin filed a motion to dismiss this appeal, stating he no longer wishes to pursue this appeal. Calvin's motion satisfies the requirements of Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). We therefore grant Calvin's motion and dismiss the appeal.

Irene Rios, Justice

Do Not Publish